UNITED STATES COURT OF APPEALS
FOR THE THIRD CIRCUIT
_____

Nos. 17-3752, 18-1253, 19-1129, 19-1189
_____

COMMONWEALTH OF PENNSYLVANIA; STATE OF NEW JERSEY

v.

PRESIDENT UNITED STATES OF AMERICA; SECRETARY UNITED STATES
DEPARTMENT OF HEALTH AND HUMAN SERVICES; UNITED STATES
DEPARTMENT OF HEALTH AND HUMAN SERVICES; SECRETARY UNITED
STATES DEPARTMENT OF TREASURY; UNITED STATES DEPARTMENT OF
TREASURY; SECRETARY UNITED STATES DEPARTMENT OF LABOR; UNITED
STATES DEPARTMENT OF LABOR; UNITED STATES OF AMERICA

> Little Sisters of the Poor Saints Peter and Paul Home
> (Intervenor in D.C.),
> Appellant in 17-3752, 19-1129
>
> President United States of America, Secretary United
> States of Department of Health and Human Services,
> United States Department of Health and Human
> Services, Secretary United States Department of
> Treasury, United States Department of Treasury,
> Secretary United States Department of Labor, United
> States Department of Labor,
> Appellants in 18-1253,
> 19-1189 (Except President United States of America)
> _____

ORDER AMENDING OPINION
_____

It has come to the attention of the Court that the last name of counsel for Appellee
Commonwealth of Pennsylvania, Aimee D. Thomson was misspelled. At the direction of
the Court, the opinion filed on July 12, 2019 is amended to reflect the correct spelling of
counsel's name. As this amendment is clerical in nature, it does not alter the filing date of
the opinion.

For the Court,


s/ Patricia S. Dodszuweit
Clerk

Date:  July 19, 2019

cc: All Counsel of Record